UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**DILWORTH PAXSON LLP**
Anne M. Aaronson
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: (215) 575-7000

*Counsel to Police and Fire Federal Credit Union*

In re:

Aleah Takimbra Scott

        Debtor.

POLICE AND FIRE FEDERAL CREDIT UNION,

        Plaintiff,

v.

ALEAH TAKIMBRA SCOTT,

        Defendant.

Chapter 13

Case No. 25-16028 (JNP)

Honorable Jerrold N. Poslusny, Jr.

Adv. Pro. No. 25-01381 (JNP)

## CERTIFICATION OF SERVICE

1. I, Christine Tomlin, am the paralegal for Dilworth Paxson LLP, who represents Police and Fire Federal Credit Union in this matter.

2. On October 2, 2025, I sent a copy of the following pleadings and/or documents to the parties listed and in the methods indicated on the attached chart:

   *Summons and Notice of Pretrial Conference in an Adversary Proceeding; and Verified Complaint* [Adv. Doc. No. 1 and 3].

   I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 2, 2025                              /s/ Christine Tomlin
                                                                  Christine Tomlin

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Aleah Takimba Scott<br>11 Melwood Court<br>Sicklerville, NJ 08081 | Debtor/Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>9589 0710 5270 1600 4966 41<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Charles Izzo, Esq.<br>116 North 2nd Street<br>PO Box 2936<br>Camden, NJ 08102 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Andrew B. Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38, suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |